1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  MICHAEL PETRIK, Jr. #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 13-mj-101 DAD |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **TO CONTINUE PRELIMINARY HEARING** |
| v. | ) |
| | ) Date: May 8, 2013 |
| HENRY STANLEY, Jr., | ) Time: 2:00 p.m. |
| | ) Judge: Hon. Kendall J. Newman |
| Defendant. | ) |

The parties stipulate and request that the Court continue the preliminary hearing scheduled for May 8, 2013, at 2:00 p.m., to June 6, 2013, at 2:00 p.m., before the duty magistrate.

Counsel for Mr. Stanley requires the time to review discovery with him and to conduct investigation. Counsel also requires the time to continue to discuss pre-indictment resolution of this case with Mr. Stanley, and to continue on-going negotiations with the government.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to June 6, 2013. The parties stipulate that the ends of justice served by granting Mr. Stanley's request for a continuance

Stipulation And Proposed Order            1                         13-mj-101 DAD

outweigh the best interest of the public and Mr. Stanley in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: May 3, 2013

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ M.Petrik

_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: May 3, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for M. Rodriguez

_____
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

## O R D E R

Finding good cause, the Court orders the preliminary hearing continued to June 6, 2013, at 2:00 p.m., before the duty magistrate; and, time excluded as set forth above for the reasons set forth above. The Court finds that the ends of justice served by granting Mr. Stanley's request for a continuance outweigh the best interest of the public and Mr. Stanley in a speedy trial.

IT IS SO ORDERED.

Dated: May 3, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation And Proposed Order        2        13-mj-101 DAD